UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Latasha N. Williams,　　　　　　　　　　　Case No. 18-42964
　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　Debtor.　　　　　　　　　　　　Hon. Maria L. Oxholm
_____/

**ORDER EXTENDING TIME TO PAY FILING FEE**

　　IT IS HEREBY ORDERED that the Debtor shall pay the filing fee by 8/15/2018 or the case will be dismissed.

**Signed on June 28, 2018**



/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge